IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-019 |
| | ) | |
| TODD JOSEPH HARBUCK | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved.  (See doc. no. 27.)  Therefore, a motions hearing is not necessary, and the pending motions are **MOOT**.  (Doc. nos. 17-21.)

However, the deadline for disclosure of defense experts, set upon discussion with counsel regarding the reasonable time necessary for diligent, effective preparation, was set for May 8, 2023.  (See doc. no. 16.)  Therefore, pursuant to 18 U.S.C. § 3161(h)(7), the period from April 27, 2023, through and including May 8, 2023, is excluded in computing the time within which trial must commence because the extension (1) is not for the purpose of delay, but instead to further justice and protect Defendant's right to a fair trial by allowing reasonable time necessary, assuming due diligence, for effective preparation of counsel; and (2) serves the ends of justice and outweighs all interests in a speedy trial.

SO ORDERED this 27th day of April, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA