MB 730

00 FEB 22 PM 12:59

CLERK OF SUPERIOR COURT

Indictment No. 00-RCCR-159

RICHMOND COUNTY SUPERIOR COURT

JANUARY TERM, 2000

THE STATE

VS.

TODD JOSEPH HARBUCK

AGGRAVATED ASSAULT,
POSSESSION OF FIREARM DURING
THE COMMISSION OF CRIME

_June_ Bill

This 22 day of February, 2000.

Anne Eolid Henry, Foreperson

DANIEL J. CRAIG, District Attorney

WITNESSES FOR THE STATE:

INV. JAMES GORDON

The Defendant:

TODD JOSEPH HARBUCK
waives formal araignment, copy of Bill of
Indictment, list of witnesses sworn before the
Grand Jury, and pleads _Not_ guilty.

This _10_ day of _March_, 2000.

_[signature]_
Defendant

_[signature]_
Defendant's Attorney

DANIEL J. CRAIG
DISTRICT ATTORNEY

We, the Jury, find the Defendant _____

This _____ day of _____, 2000.

_____
Foreperson

0694

**INDICTMENT**

STATE OF GEORGIA, RICHMOND COUNTY

IN THE SUPERIOR COURT OF SAID COUNTY

MB 730

THE GRAND JURORS, selected, chosen and sworn for the County of Richmond, to-wit:

1. ANNE EALICK HENRY, FOREPERSON
2. BRENDA R. WILLIAMS
3. CHRISTINE M. TOLBERT
4. NANCY S. ANTONACCI
5. HARRY M. PIPPIN, III
6. GERALD W. POWELL
7. PATRICIA P. FACKLER
8. YOLANDA OSGOOD ABRAMS
9. ARTHUR L. CUTLER
10. LLOYD S. TURNER
11. CHARLIE JOE MADISON
12. MIRANDA CHOAT
13. CHRISTINA J. PARK
14. PEGGY CHRISTINA BENSON
15. SALLY M. GWALTNEY
16. COYLE M. HARMON, JR.,
17. TOMMY P. RIDER
18. TAKIYAH Y. MILTON
19. ROBERT ALLAN DANIELS
20. EMANUEL BRYSON
21. JEAN CAROL IVEY DELOACH
22. 
23. 

in the name and behalf of the citizens of Georgia, charge and accuse

**TODD JOSEPH HARBUCK**

with the offense of **AGGRAVATED ASSAULT (§16-5-21)** for that the said accused in the County of Richmond and State of Georgia, on the 30th day of December, 1999, did make an assault upon the person of Horace Anthony Williams, with a motor vehicle, an object which when used offensively is likely to result in serious bodily injury, and did make an assault against Horace Anthony Williams with a knife, a deadly weapon, by both pinning Horace Anthony Williams to a

000695

MB 730

second motor vehicle with a motor vehicle driven by said accused and by stabbing Horace Anthony Williams with a knife, each being, contrary to the laws of said State, the good order, peace and dignity thereof.

## SECOND COUNT

The Grand Jurors aforesaid, chosen and sworn for the County of Richmond in the name and on behalf of the citizens of Georgia, further charge and accuse **TODD JOSEPH HARBUCK** with the offense of **POSSESSION OF KNIFE DURING THE COMMISSION OF CRIME (§16-11-106)** for that the said accused, in the County of Richmond and State of Georgia, on the 30th day of December, 1999, did have on his person a knife having a blade of three or more inches in length during the commission of a crime, to-wit: Aggravated Assault said crime involving the person of another, to-wit: Horace Anthony Williams, and which crime was a felony, contrary to the laws of said State, the good order, peace and dignity thereof.

| | |
|---|---|
| JANUARY TERM, 2000 | INV. JAMES GORDON, PROSECUTOR |
| | DANIEL J. CRAIG, DISTRICT ATTORNEY |

000696