UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 123-019　　　　DATE: 11/28/2023

USA V. Todd Joseph Harbuck　　　　TIME: 2:52 pm - 3:47 pm

JUDGE: Honorable J. Randal Hall　　COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport　　INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT: Patricia Rhodes

ATTORNEY(S) FOR THE DEFENDANT: Richard Goolsby

PROBATION OFFICER: Joseph Brown

DEFENDANT SENTENCED ON COUNT(S): One

- **Y** PSI reviewed in full
- **N** Objections to factual basis
- **Y** Objections to Guideline Calculations (3) — overruled
- **N** Changes ordered
- **N** Factual Witness
- **Y** Statement by Counsel
- **Y** Statement by Defendant
- **Y** Appeal rights of defendant explained/(waived)

Custody: 188 months

Supervised Release: 5 years

**Y** Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant

Probation: —
Fine $: 1500.00
Restitution $: —
AVAA Sp. Assessment $: —
Special Assessment $: 100.00
Community Service: — hours within — months of release

Facility requested/recommended: ___

Defendant remanded: Y
Voluntary surrender: —
Departure from guidelines: N

Dismiss Count(s): 2
Plea agreement accepted: Y
Upward — Downward —